IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WILLIAM A. METZ | § | |
| | § | |
| V. | § | C.A. NO. C-07-10 |
| | § | |
| U.S. MARSHALS SERVICE, ET AL. | § | |

**OPINION AND ORDER OF TRANSFER**

In this civil rights action plaintiff complains of the conditions of his confinement a the Karnes County Correctional Center (D.E. 1). Karnes County Correctional Center is located in Karnes County, which is located in the San Antonio Division of the Western District of Texas. 28 U.S.C. § 124(d)(4).

Venue in federal question cases lies in the district in which any defendant resides or in which a substantial part of the events or omissions giving rise to the claim occurred. 28 U.S.C. § 1391(b). A district court has the authority to transfer a case in the interest of justice to another district or division in which the action might have been brought. 28 U.S.C. §§ 1404, 1406; Balawajder v. Scott, 160 F.3d 1066, 1067 (5th Cir. 1998). The alleged events giving rise to plaintiff's claim occurred in Karnes County, Texas.

Accordingly, it is ordered that the Clerk of the Court TRANSFER this action to the United States District Court for the Western District of Texas, San Antonio Division. All pending motions are denied without prejudice, subject to renewal after the case is transferred.

ORDERED this 9th day of January, 2007.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE